| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THEODORE A. GRIFFINGER, JR.<br>STEIN & LUBIN LLP<br>600 MONTGOMERY STREET, 14TH FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-981-0550          FAX No: 415-981-4343 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>7045-0002 | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Northern District Of California |

| Plaintiff: INTERNATIONAL SETTLEMENT HOLDING CORPORATION, et al. |
|---|
| Defendant: OFFICEMAX NORTH AMERICA, INC. |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 3647 MHP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY RELIEF AND BREACH OF CONTRACT; CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER SETTING CONFERENCE; WELCOME TO THE U.S. DISTRICT COURT; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXCERSICE JURISDICTION.

3. a. Party served:               OFFICEMAX NORTH AMERICA, INC.
   b. Person served:             MARGARET WILSON, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:     818 W. 7TH STREET
                                                                     LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Aug. 01, 2008 (2) at: 2:40PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: OFFICEMAX NORTH AMERICA, INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                                     d.  *The Fee for Service was:*
   **b. FIRST LEGAL SUPPORT SERVICES**         e.  I am: (3) registered California process server
      1511 W. BEVERLY BLVD.                                 (i)   Independent Contractor
      LOS ANGELES, CA 90071                              (ii)  Registration No.:        5141
   c. 213-250-1111                                              (iii) County:                    Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Fri, Aug. 01, 2008