Theodore A. Griffinger, Jr. (SBN 66028)
Catherine A. Jackson (SBN 191599)
STEIN & LUBIN LLP
Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA  94111
Telephone:     (415) 981-0550
Facsimile:      (415) 981-4343
tgriffinger@steinlubin.com
cjackson@steinlubin.com

Attorneys for Plaintiffs
INTERNATIONAL SETTLEMENT HOLDING
CORPORATION and GARY GAVELLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL SETTLEMENT HOLDING CORPORATION, a California corporation, and GARY GAVELLO, an individual,<br><br>             Plaintiffs,<br><br>v.<br><br>OFFICEMAX NORTH AMERICA, INC., an Ohio corporation; DOES 1 through 100,<br><br>             Defendants. | Case No.  C 08-03647 MHP<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, there are no interested entities or persons other than the named parties.

Dated: August 5, 2008                             STEIN & LUBIN LLP


                                                  By: /s/ Theodore A. Griffinger, Jr.
                                                      Theodore A. Griffinger, Jr.
                                                      Attorneys for Plaintiffs
                                                      INTERNATIONAL SETTLEMENT HOLDING
                                                      CORPORATION and GARY GAVELLO