1 | Theodore A. Griffinger, Jr. (SBN 66028)
  | Catherine A. Jackson (SBN 191599)
2 | STEIN & LUBIN LLP
  | Transamerica Pyramid
3 | 600 Montgomery Street, 14th Floor
  | San Francisco, CA 94111
4 | Telephone:   (415) 981-0550
  | Facsimile:    (415) 981-4343
5 | tgriffinger@steinlubin.com
  | cjackson@steinlubin.com
6 |
  | Attorneys for Plaintiffs and Counterdefendants
7 | INTERNATIONAL SETTLEMENT HOLDING
  | CORPORATION and CLAUDE PERASSO, JR., as
8 | legal representative of Gary Gavello

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL SETTLEMENT HOLDING CORPORATION, a California corporation; and CLAUDE PERASSO, JR., as legal representative of Gary Gavello,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICEMAX NORTH AMERICA, INC., an Ohio corporation; DOES 1 through 100,<br><br>Defendants. | Case No. CV 08 03647 MHP<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:   November 24, 2008<br>Time:   3:00 p.m.<br>Judge:   Hon. Marilyn H. Patel |
| OFFICEMAX NORTH AMERICA, INC., an Ohio corporation,<br><br>Counterclaimant,<br><br>v.<br><br>INTERNATIONAL SETTLEMENT HOLDING CORPORATION, a California corporation; and CLAUDE PERASSO, JR., as legal representative of Gary Gavello,<br><br>Counterdefendants. | |

70450002/381217v1

Case No. CV 08 03647 MHP

STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

1    Plaintiffs and Counterdefendants International Settlement Holding Corporation
2 and Claude Perasso, Jr., as legal representative of Gary Gavello ("Plaintiffs") and Defendant and
3 Cross-Complainant OfficeMax North America, Inc. ("OfficeMax"), by and through their
4 respective counsel, hereby stipulate as follows:

5    1.  The initial case management conference in this action shall be continued
6 from November 17, 2008 to November 24, 2008 at 3:00 p.m. in Courtroom 15 of the above-
7 referenced Court. Counsel for all parties shall appear in person.

**IT IS SO STIPULATED:**

Dated: November 18, 2008            STEIN & LUBIN LLP

By: /s/ Catherine A. Jackson
Catherine A. Jackson
Attorneys for Plaintiffs and Counterdefendants
INTERNATIONAL SETTLEMENT HOLDING
CORPORATION and CLAUDE PERASSO, JR., as
legal representative of Gary Gavello

Dated: November 20, 2008            HAWLEY TROXELL ENNIS & HAWLEY

By: [signature]
John F. Kurtz, Jr.
Attorneys for Defendant and Counterclaimant
OFFICEMAX NORTH AMERICA, INC.

**IT IS SO ORDERED.**

DATED: 11/21/2008

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA