```
 1  HENRY LERNER (BAR NO. 077166)
    CATHY A. HONGOLA (BAR NO. 234489)
 2  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
 3  Three Embarcadero Center, 12th Floor
    San Francisco, CA  94111-4074
 4  Phone: (415) 837-1515
    Fax:  (415) 837-1516
 5  E-Mail:  hlerner@allenmatkins.com
             chongola@allenmtakins.com
 6
    Attorneys for Defendant and Counterclaimant
 7  OFFICEMAX NORTH AMERICA, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL SETTLEMENT HOLDING CORPORATION, a California corporation, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> OFFICEMAX NORTH AMERICA, INC., an Ohio corporation; et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 3-08-CV-3647 MHP <br><br> **SUBSTITUTION OF COUNSEL BY DEFENDANT AND COUNTERCLAIMANT OFFICEMAX NORTH AMERICA, INC.; AND ~~[PROPOSED]~~ ORDER** |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

755181.01/SF

Case No.  3-08-CV-3647 MHP
SUBSTITUTION OF COUNSEL

1  Defendant and Counterclaimant OFFICEMAX NORTH AMERICA, INC hereby
2  substitutes Allen Matkins Leck Gamble Mallory & Natsis LLP, Henry Lerner and Cathy A
3  Hongola, members of the bar of this Court, as its counsel of record in the above-captioned action
4  in place of Hawley Troxell Ennis & Hawley. The contact information for Allen Matkins, Mr
5  Lerner and Ms. Hongola is set forth above. OFFICEMAX NORTH AMERICA, INC. respectfully
6  requests that the Court approve this substitution

## CONSENT TO SUBSTITUTION

I consent to the foregoing substitution.

Dated: February 4, 2009

OFFICEMAX NORTH AMERICA, INC

By: _____
MICHAEL M. DINGEL
Associate General Counsel

I consent to the foregoing substitution.

Dated: February 4, 2009

HAWLEY TROXELL ENNIS & HAWLEY

By: _____
JOHN FRANKLYN KURTZ, JR.
Former Attorneys for Defendant
and Counterclaimant OFFICEMAX NORTH
AMERICA, INC.

The foregoing substitution is accepted.

Dated: February 5, 2009

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: _____
HENRY LERNER
Attorneys for Defendant and Counterclaimant
OFFICEMAX NORTH AMERICA, INC

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP
755181.01/SF

Case No. 3-08-CV-3647 MHP
SUBSTITUTION OF COUNSEL

1
## [PROPOSED] ORDER

2   The foregoing substitution of counsel is approved.

3

4   Dated:   2/6         , 2009

IT IS SO ORDERED

HON. ~~MA~~
United Sta~~~~

Judge Marilyn H. Patel

(United States District Court, Northern District of California seal)

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

755181.01/SF

Case No. 3-08-CV-3647 MHP
SUBSTITUTION OF COUNSEL

-2-