Theodore A. Griffinger, Jr. (SBN 66028)
Catherine A. Jackson (SBN 191599)
STEIN & LUBIN LLP
Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile: (415) 981-4343
tgriffinger@steinlubin.com
cjackson@steinlubin.com

Attorneys for Plaintiffs and Counterdefendants
INTERNATIONAL SETTLEMENT HOLDING CORPORATION and CLAUDE PERASSO, JR., as legal representative of Gary Gavello

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

INTERNATIONAL SETTLEMENT HOLDING CORPORATION, a California corporation; and GARY GAVELLO, an individual,

Plaintiffs,

v.

OFFICEMAX NORTH AMERICA, INC., an Ohio corporation; DOES 1 through 100,

Defendants.

OFFICEMAX NORTH AMERICA, INC., an Ohio corporation,

Counterclaimant,

v.

INTERNATIONAL SETTLEMENT HOLDING CORPORATION, a California corporation; and CLAUDE PERASSO, JR., as legal representative of Gary Gavello,

Counterdefendants.

Case No. CV 08 03647 MHP

**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING THE ACTION WITH PREJUDICE AND RESERVING JURISDICTION TO ENFORCE SETTLEMENT**

WHEREAS Plaintiffs and Counterdefendants International Settlement Holding Corporation, a California corporation ("ISHC") and Claude Perasso, Jr. ("Perasso"), as successor trustee of the Gary A. Gavello Family Trust and legal representative of Gary A. Gavello for purposes of the Action (as defined below) (collectively "Plaintiffs"), and Defendant and Counterclaimant OfficeMax North America, Inc., an Ohio corporation ("OfficeMax") (collectively, the "parties"), entered into the written "Settlement and Mutual General Release Agreement" effective on February 26, 2009 (the "Agreement") to settle fully and finally any and all disputes between them, including those arising out of the claims and defenses asserted in this action, Case No. C-09-03647-MHP (the "Action"), the Lease (defined in the Agreement), the Property (defined in the Agreement), the Tenant Improvements (defined in the Agreement), and Colma (defined in the Agreement);

WHEREAS the parties agreed to dismiss the Action with prejudice, including all claims and counterclaims by any party, with each party to bear its own costs and fees;

WHEREAS the parties further agreed to seek an order from this Court by which it will retain continuing jurisdiction to adjudicate any disputes arising out of or relating in any way to the interpretation, enforcement, or performance of the Agreement; and

WHEREAS the parties further agreed that this Court could resolve any such disputes by noticed motion under applicable law;

The parties hereby stipulate as follows:

1. Case No. C-09-03647-MHP is dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41, with each party to bear its own costs and fees;

2. The Court expressly retains continuing jurisdiction to adjudicate any disputes arising out of or relating in any way to the interpretation, enforcement or performance of the Agreement; and

3. The parties may apply to the Court by noticed motion under applicable law to adjudicate any disputes arising out of or relating in any way to the interpretation, enforcement, or performance of the Agreement.

Dated: March 11, 2009

STEIN & LUBIN LLP

By: /s/ Catherine A. Jackson
Catherine A. Jackson
Attorneys for Plaintiffs and Counterdefendants INTERNATIONAL SETTLEMENT HOLDING CORPORATION and CLAUDE PERASSO, JR., as legal representative of Gary Gavello

Dated: March 9, 2009

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

By: /s/ Henry Lerner
Henry Lerner
Attorneys for Defendants and Counterclaimant OFFICEMAX NORTH AMERICA, INC.

**ORDER**

IT IS HEREBY ORDERED that the foregoing Stipulation is approved in its entirety and that:

1. Case No. C-09-03647-MHP is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

2. The Court expressly retains continuing jurisdiction over Case No. C-09-03647-MHP after its dismissal to adjudicate any disputes arising out of or relating in any way to the interpretation, enforcement, or performance of the parties' February 26, 2009 written "Settlement and Mutual General Release Agreement" (the "Agreement"). The Court incorporates the terms of the Agreement into this Order.

3. The parties may apply to the Court by noticed motion under applicable law to adjudicate any disputes arising out of or relating in any way to the interpretation, enforcement, or performance of the Agreement. Any ruling rendered by the Court in connection with such a proceeding may be converted by the Court into a final judgment.

**IT IS SO ORDERED**.

Dated: March 12, 2009




HON